IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DOMINION CITRUS, LTD., | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | NO. 07-cv-672-JJF |
| | : | |
| M/V ATLANTIC HOPE *in rem*, | : | |
| Defendant. | : | |

CLAIMANT ARTEMIS LINE S.A.'S
RULE 7.1 DISCLOSURE STATEMENT

Artemis Line S.A., a non-governmental corporate claimant of the vessel in the above-listed civil *in rem* action, has the following parent corporation(s) and publicly held corporation(s) owning 10% or more of its stock:

**None.**

                                                Respectfully submitted,

                                                PALMER BIEZUP & HENDERSON LLP

Date: February 20, 2008            By: /s/ Michael B. McCauley
                                                     Michael B. McCauley (ID 2416)
                                                     1223 Foulk Road
                                                     Wilmington, DE 19803
                                                     (302) 594-0895
                                                     (302) 478-7625 (fax)
                                                     mccauley@pbh.com
                                                     Attorneys for M/V ATLANTIC HOPE

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 20th day of February 2008, the foregoing RULE 7.1 DISCLOSURE STATEMENT was filed via CM/ECF and a true and correct copy of same was served on Plaintiff's counsel by first class mail, postage prepaid, as follows:

>Lee C. Goldstein, Esq.
>615 West 18th Street
>P.O. Box 1957
>Wilmington, DE 19899
>
>Stephen J. Galati, Esq.
>Mattioni, Ltd
>399 Market Street, Second Floor
>Philadelphia, Pa. 19106

>Respectfully submitted,
>
>PALMER BIEZUP & HENDERSON LLP

Date: February 20, 2008

>By: /s/ Michael B. McCauley
>Michael B. McCauley (ID 2416)
>1223 Foulk Road
>Wilmington, DE 19803
>(302) 594-0895
>(302) 478-7625 (fax)
>mccauley@pbh.com
>Attorneys for M/V ATLANTIC HOPE

PBH: 195113.1