

COUNSELORS AT LAW

*PHILADELPHIA*
Mattioni, Ltd.
399 Market Street, 2nd Floor
Philadelphia, PA 19106
215-629-1600
215-923-2227 Fax

*MONTGOMERY COUNTY*
Mattioni, Ltd.
509 Swede Street
Norristown, PA 19401
484-322-0886
484-322-0887 Fax

*NEW JERSEY*
Mattioni, LLP
1316 Kings Highway
Swedesboro, NJ 08085
856-241-9779
856-241-9989 Fax

www.mattioni.com • sgalati@mattioni.com

Please Reply To:   Philadelphia

Our File No.   34484-32514

March 10, 2008

Clerk of the Court
U.S. District Court of Delaware
J. Caleb Boggs Federal Building
844 N. Kings Street
Wilmington, DE 19801

Re: Dominion Citrus v. M/V Atlantic Hope
     Docket No. : 07-672

Dear Sir/Madam:

Enclosed please find the original and a copy of the Motion and Order for Admission Pro Hac Vice of both Dante Mattioni, Esquire and Stephen J. Galati, Esquire, along with copies on disk, for the above referenced case, which we are submitting for filing today.

A self addressed stamped envelope is enclosed to return a time stamped copy to our office. Thank you.

Very truly yours,

MATTIONI, LTD

Stephen J. Galati

SG:dcd
*via first-class mail*

cc:   Richard Q. Whelan, Esquire
      Lee C. Goldstein, Esquire