UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DOMINION CITRUS, LTD., et al | : |
| | : CIVIL ACTION |
| | : |
| v. | : NO. 07-cv-0672 (JJF) |
| | : |
| M/V ATLANTIC HOPE, et al | : |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, undersigned counsel moves the admission *pro hac vice* of Richard Q. Whelan, Esq. to represent defendant Artemis Line S.A. in connection with its restricted appearance as claimant of vessel pursuant to Rule E(8) of the Supplemental Rules for Certain Admiralty and Maritime Claims for the sole purpose of defending the *in rem* claim asserted against the M/V ATLANTIC HOPE.

PALMER BIEZUP & HENDERSON LLP

/s/ Michael B. McCauley

By:_____
Michael B. McCauley, Esq. (ID# 2416)
Attorney for Defendant M/V ATLANTIC HOPE
1223 Foulk Road
Wilmington, Delaware 19803
302 594 0895

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* of Richard Q. Whelan, Esq. is GRANTED.

Dated:                                          _____
                                                United States District Judge

PBH: 181820.1

## CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2008, I electronically filed the foregoing Motion and Order for Admission *Pro Hac Vice* and accompanying Certification of Richard Q. Whelan, Esq. using CM/ECF which will send notification of such filing to:

>Lee C. Goldstein, Esquire
>615 West 18th Street
>P.O. Box 1957
>Wilmington, DE 19899
>
>Carmella P. Keener, Esq
>Rosenthal Monhait & Goddess P.A.
>919 N. Market Street, Suite 1401
>PO Box 1070
>Wilmington, Delaware 19899-1070
>
>Mary Elisa Reeves, Esq.
>Donna Adelsberger & Associates, P.C.
>6 Royal Avenue, PO Box 530
>Glenside, Pa. 19038
>
>Stephen J. Galati, Esq.
>Mattioni, Ltd
>339 Market Street
>Philadelphia, Pa. 19106

I further certify that a courtesy copy of the foregoing has also been served on the above-listed counsel by email.

>PALMER BIEZUP & HENDERSON LLP
>
>By: /s/ Michael B. McCauley
>    Michael B. McCauley

Dated: April 9, 2008
PBH: 181820.1

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DOMINIONCITRUS, LTD. et al :
: CIVIL ACTION
:
v. : NO. 07-cv-0672 (JJF)
:
M/V ATLANTIC HOPE et al :

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Honorable Court, am admitted, practicing and in good standing as a member of the Bars of the Commonwealth of Pennsylvania, the United States District Courts for the Eastern and Middle Districts of Pennsylvania, the United States Court of Appeals for the Third Circuit, the State of New York, the United States Court of Appeals for the Second Circuit and the United States District Courts for the Southern and Eastern Districts of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Honorable Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules and the Standing Order for District Court Fund effective 01/01/05. I further certify that the annual fee of $25 will be submitted to the Clerk upon the filing of the within motion.

By: _____
Richard Q. Whelan
Palmer Biezup & Henderson LLP
Suite 956 Public Ledger Building
620 Chestnut Street
Philadelphia, Pa. 19106
(215) 625-7806

Dated: April 9, 2008

PBH: 181821.1