IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DOMINION CITRUS, LTD., et.al.<br>　　Plaintiffs<br>　　v.<br>M/V ATLANTIC HOPE,. her engines,<br>machinery, tackle, apparel, etc. et. al.<br>　　　　Defendants. | : CIVIL ACTION<br>:<br>:<br>:<br>:<br>:<br>: NO. 07-cv- 672 |

**NOTICE OF DISMISSAL OF DEFENDANT**
**<u>DIAMOND STATE PORT CORPORATION WITHOUT PREJUDICE</u>**

　　Plaintiffs, by and through their undersigned attorneys, hereby dismiss their claims against Defendant Diamond State Port Corporation, without prejudice.

　　　　　　　　　　　　　　　　　　Lee C. Goldstein Esq.

　　　　　　　　　　　　　　　　　　By: _/s/ Lee C. Goldstein_
　　　　　　　　　　　　　　　　　　Lee C. Goldstein, Esquire
　　　　　　　　　　　　　　　　　　615 W. 18th St.
　　　　　　　　　　　　　　　　　　P.O. Box 1957
　　　　　　　　　　　　　　　　　　Wilmington, DE
　　　　　　　　　　　　　　　　　　Attorney ID No. 231

OF COUNSEL:

MATTIONI, LTD.

By: _/s/_
Dante Mattioni, Esquire
Stephen J. Galati, Esquire
399 Market Street, Second Floor
Philadelphia, PA  19106
(215) 629-1600
Attorney for Plaintiff(s)

## CERTIFICATE OF SERVICE

I, Stephen, J. Galati, Esquire, hereby certify that a true and correct copy of Notice of Dismissal of Defendant Diamond State Port Corporation Without Prejudice was sent by first-class mail to the following persons:

Michael B. McCauley, Esquire
Palmer, Biezup & Henderson
1223 Foulk Road
Wilmington, DE 19803

Carmella P. Keener, Esquire
Rosenthal, Monhait & Goddess, P.A.
919 N. Market St., Suite 1401
P.O. Box 1070
Wilmington, DE 19899-1070

Joseph J. Perrone, Esquire
494 Eighth Avenue,
7th Floor, New York,
New York 10001

Murphy Marine Services, Inc.
11 Gist Rd., Fl 1
Wilmington, DE 19801-5879

_____
Stephen J. Galati, Esquire

Date: April 9, 2008