## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

DOMINION CITRUS, LTD.,     :
AGRI SOUSS, EL BOURA, GPA,   :
LIMOUNA SOUSS and PRIAGRUS,  :
              :
   Plaintiffs,      :  Civil Action No. 07-cv-672-JJF
              :
v.             :
              :
M/V ATLANTIC HOPE, ARTEMIS LINE, S.A., :
KANTOH KAIUN CO. LTD.,    :
SEATRADE REEFER CHARTERING N.V., :
SEATRADE GROUP, INC. and    :
SEATRADE USA,       :
              :
   Defendants.     :

## MOTION AND ORDER
## FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission

*pro hac vice* of Mary Elisa Reeves, Donna Adelsberger & Associates, P.C., 6 Royal Avenue,

P.O. Box 530, Glenside, PA 19038-0530 to represent defendants Seatrade Group N.V., Seatrade

Reefer Chartering N.V. and North American General Agents, Inc. t/a Seatrade USA.

        */s/ Carmella P. Keener*
        Carmella P. Keener (DSBA No. 2810)
        ROSENTHAL, MONHAIT & GODDESS, P.A.
        919 N. Market Street, Suite 1401
        Citizens Bank Center
        P. O. Box 1070
        Wilmington, DE 19899-1070
        (302) 656-4433
        ckeener@rmgglaw.com
        *Attorneys for Defendants*
        *Seatrade Group N.V.,*
        *Seatrade Reefer Chartering N.V., and*
        *North American General Agents, Inc. t/a*
        *Seatrade USA*

Dated: April 17, 2008

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

DOMINION CITRUS, LTD.,                    :
AGRI SOUSS, EL BOURA, GPA,                :
LIMOUNA SOUSS and PRIAGRUS,               :
                                          :
        Plaintiffs,                   :    Civil Action No. 07-cv-672-JJF
                                          :
    v.                                :
                                          :
                                          :
M/V ATLANTIC HOPE, ARTEMIS LINE, S.A.,    :
KANTOH KAIUN CO. LTD.,                    :
SEATRADE REEFER CHARTERING N.V.,          :
SEATRADE GROUP, INC. and                  :
SEATRADE USA,                             :
                                          :
        Defendants.                   :

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this

Court, am admitted, practicing and in good standing as a member of the Bar of

Pennsylvania, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of

this Court for any alleged misconduct which occurs in the preparation or course of this

action. I also certify that I am generally familiar with this Court's Local Rules.

Date: 4/11/08 _____    _Mary E. Reeves_____

Mary Elisa Reeves
DONNA ADELSBERGER &ASSOCIATES, P.C.
6 Royal Avenue
P.O. Box 530
Glenside, PA  19038-0530
(215) 576-8690

## CERTIFICATE OF SERVICE

I, Carmella P. Keener, hereby certify that on April 17, 2008, I caused two copies

of the **MOTION AND ORDER FOR ADMISSION PRO HAC VICE OF MARY**

**ELISA REEVES, ESQUIRE** to be served by first-class mail, postage prepaid upon the

following:

> Lee C. Goldstein, Esquire
> 615 West 18th Street
> P.O. Box 1957
> Wilmington, DE 19899

In addition, a copy has been sent via electronic mail to the following:

| | |
|---|---|
| Stephen J. Galati, Esquire | sgalati@mattioni.com |
| Lee C. Goldstein, Esquire | lgolds3790@aol.com |
| Dante Mattioni, Esquire | dmattioni@mattioni.com |
| Michael B. McCauley, Esquire | mccauley@pbh.com |
| Richard Q. Whelan, Esquire | rwhelan@pbh.com |

> */s/ Carmella P. Keener*
> Carmella P. Keener (DSBA No. 2810)
> Rosenthal, Monhait & Goddess, P.A.
> 919 N. Market Street, Suite 1401
> Citizens Bank Center
> P.O. Box 1070
> Wilmington, DE 19899-1070
> (302) 656-4433
> ckeener@rmgglaw.com
> *Attorneys for Defendants*
> *Seatrade Group N.V.,*
> *Seatrade Reefer Chartering N.V., and*
> *North American General Agents, Inc. t/a*
> *Seatrade USA*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| DOMINION CITRUS, LTD., | : | |
| AGRI SOUSS, EL BOURA, GPA, | : | |
| LIMOUNA SOUSS and PRIAGRUS, | : | |
| | : | |
| Plaintiffs, | : | Civil Action No. 07-cv-672-JJF |
| | : | |
| v. | : | |
| | : | |
| | : | |
| M/V ATLANTIC HOPE, ARTEMIS LINE, S.A., | : | |
| KANTOH KAIUN CO. LTD., | : | |
| SEATRADE REEFER CHARTERING N.V., | : | |
| SEATRADE GROUP, INC. and | : | |
| SEATRADE USA, | : | |
| | : | |
| Defendants. | : | |

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of Mary

Elisa Reeves is granted.

Date: _____     _____

U.S.D.J.