# DONNA ADELSBERGER & ASSOCIATES, P.C.

6 Royal Avenue, P.O. Box 530
Glenside, Pennsylvania 19038-0530
Phone: (215) 576-8690
Fax: (215) 576-8695

DONNA L. ADELSBERGER*
SUSAN J. WIENER*
HOWARD WISHNOFF

_____
OF COUNSEL
DAVID KELLER TREVASKIS*
MARY ELISA REEVES*
RAYMOND T. LETULLE**

* ALSO ADMITTED TO NEW JERSEY BAR
** ALSO ADMITTED TO FLORIDA BAR

NEW JERSEY OFFICE
One Greentree Centre,
Suite 201
Marlton, New Jersey 08053-1536
Phone: (856) 795-9700
Fax: (856) 795-1336

E-mail: mreeves@dlalawyers.com

RESPOND TO GLENSIDE

June 19, 2008

Honorable Mary Pat Thynge
U.S. Magistrate Judge
U.S.D.C., District of Delaware
J. Caleb Boggs Federal Building
844 N. Kings Street
Wilmington, DE 19801

RE: **Dominion Citrus, Ltd, et al. v. M/V ATLANTIC HOPE, et al.**
**U.S.D.C., District of Delaware, NO. 07-cv-672-JJF**

Dear Judge Thynge,

I would respectfully request the use of my laptop and cell phone during the mediation conference to be held on June 30, 2008 at 8:30 a.m. The laptop will provide me with access to the voluminous documents which I may need to refer to during this conference. The use of my cell phone would allow me direct contact with my clients as they are out of the country and in a different time zone.

Thank you for your attention to the above request and I await your decision.

Respectfully submitted,

DONNA ADELSBERGER & ASSOCIATES, P.C.

*Mary E. Reeves*
Mary Elisa Reeves

MER/das